IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE GLENN TURMAN                                                PLAINTIFF

v.                          Case No. 3:09-cv-165-DPM

STANDARD INSURANCE COMPANY                              DEFENDANT

## JUDGMENT

The Court enters judgment against Ronnie Glenn Turman on his complaint and dismisses it with prejudice. The Court enters judgment for Standard Insurance Company on its counterclaim for $16,339.00. Postjudgment interest will accrue on Standard's judgment at 0.26%. 28 U.S.C. § 1961(a).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2010